UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES I. TONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10-cv-2056 JCH |
| ) | |
| MICHAEL HAKALA, ET AL, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon review of the record, the Court notes that the file contains no proof of service upon nor entry of appearance on behalf of defendants **Debbie Vincent, John Spears, and Jason Unknown**. Because it does not appear that service of the complaint has been timely made within 120 days after the filing of the complaint on **October 27, 2010** and Motion to Proceed In Forma Pauperis being granted on **December 2, 2010**,

**IT IS HEREBY ORDERED**, pursuant to Fed.R.Civ.P. 4(m), that plaintiff shall show cause in writing, within fourteen (14) days of the date of this order, why this action should not be dismissed without prejudice as to defendants **Debbie Vincent, John Spears, and Jason Unknown** for lack of timely service.

Dated this 9th day of May, 2011.

/s/ Jean C. Hamilton
Honorable Jean C. Hamilton
UNITED STATES DISTRICT JUDGE