UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES I. TONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10-CV-2056-JCH |
| | ) | |
| MICHAEL HAKALA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to file an amended complaint [Doc. #52] is **GRANTED**.

**IT IS FURTHER ORDERED** that, as to defendant Jason Unknown, this action is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B), because Jason Unknown is not a named defendant in the amended complaint, and plaintiff states that he has "voluntarily relieved [employee Jason] . . . from this suit."

Dated this 9th day of May, 2011.

**/s/ Jean C. Hamilton**
**UNITED STATES DISTRICT JUDGE**