UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES TONEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10-CV-2056-JAR |
| MICHAEL HAKALA, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

The Court is in receipt of Plaintiff's Reply to Defendant's Response to Plaintiff's Motion to Compel [ECF No. 142] wherein he states he served Defendants with a Request for Production of Documents on January 26, 2012. Defendants state Plaintiff never served them with Requests for Production of Documents (Response in Opposition, Doc. No. 140, ¶14). The Court is unable to determine whether a Request for Production of Documents was in fact served on Defendants.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff re-serve his Request for Production of Documents on Defendants by June 29, 2012.

**IT IS FURTHER ORDERED** that Defendants respond to Plaintiff's Request for Production of Documents by July 20, 2012.

The parties may request additional time if necessary.

Dated this 25th day of June, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE