UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES TONEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10-CV-2056-JAR |
| | ) |
| MICHAEL HAKALA, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Extension of Time in Which to Complete Discovery [ECF No. 146] filed July 9, 2012, wherein he asks the Court to extend the deadline for completing discovery by thirty (30) days, from July 20, 2012 to August 19, 2012. Defendants filed their Response in opposition to Plaintiff's motion on July 13, 2012. Upon consideration, the Court will grant Plaintiff's motion; however, no further extensions will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time in Which to Complete Discovery [146] is **GRANTED**. The July 20, 2012 discovery deadline is extended to August 19, 2012.

**IT IS FURTHER ORDERED** that no further extensions of time will be granted.

Dated this 16th day of July, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE