UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES TONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10-CV-2056-JAR |
| | ) | |
| MICHAEL HAKALA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Leave to File a Supplemental

Complaint [ECF No. 159], and Motion for Leave to Join Defendant and For Issue of Service of

Process [ECF No. 160]. Plaintiff 's proposed "supplemental complaint" adds a new defendant,

Sergeant Willie Forbes, an employee of the Missouri Department of Corrections. Plaintiff alleges

that upon his admittance to the administrative segregation unit at PCC on May 4, 2011, Sergeant

Forbes deprived him of his medically prescribed cane and chair. The Court is also in receipt of a

letter from Plaintiff dated August 14, 2012, requesting the Clerk exchange page 10 of his

proposed supplemental complaint to correct a mistake in copying.[1]

The Court has broad discretion under Fed.R.Civ.P. 15(d)  to allow supplemental

pleadings. In re Bankamerica Corp. Securities Litigation, 2010 WL 4622530, at *1 (E.D. Mo.

Nov. 5, 2010) (citations omitted). After due consideration, the Court will deny Plaintiff's

motions.

Accordingly,

_____

[1]This letter has been docketed as a Motion for Leave [ECF No. 161].

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File a Supplemental Complaint [159] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Join Defendant and For Issue of Service of Process [160] is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Exchange Page 10 of Amended Complaint [161] is **DENIED** as moot.

Dated this 24th day of August, 2012.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

2