UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES TONEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:10-CV-2056-JAR |
| MICHAEL HAKALA, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion for Extension of Time to File Response to Plaintiff's Motion for Leave to File Supplemental Complaint [ECF No. 164]. In light of the Court's ruling denying Plaintiff's motion for leave [ECF No. 162], Defendants' motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Extension of Time to File Response to Plaintiff's Motion for Leave to File Supplemental Complaint [164] is **DENIED** as moot.

Dated this 24th day of August, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE