UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES TONEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10-CV-2056-JAR |
| | ) |
| MICHAEL HAKALA, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

The Court is in receipt of Plaintiff's Memorandum regarding his inability to secure a medical expert [ECF No. 204] and Defendants' Motion to Extend the Deadline to Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment. [ECF No. 208] Upon consideration, the Court construes Plaintiff's Memorandum as a request for additional time to secure a medical expert.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted an additional thirty (30) days, up to and including **February 27, 2013**, in which to either make arrangements with his current medical expert or retain another medical expert. In the event Plaintiff provides an expert medical opinion on his care and treatment while confined, Defendants shall have an opportunity to review said expert's report and depose him, and to supplement their pending motion for summary judgment.

**IT IS FURTHER ORDERED** that Defendants' Motion to Extend the Deadline to Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment [208] is **GRANTED**. The deadline for replying to Plaintiff's Response is extended to **March 15, 2013.**

Dated this 29th day of January, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE