UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES TONEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10-CV-2056-JAR |
| | ) |
| MICHAEL HAKALA, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Request for Injunctive Relief. [ECF No. 210] Without reaching the merits of Plaintiff's motion, and in consideration of Plaintiff's pro se status,

**IT IS HEREBY ORDERED** that counsel for Defendants is directed to take all necessary and available steps to ensure that Plaintiff's legal file is not taken from him until such time as the Court has had an opportunity to review Defendants' response to the Motion.

**IT IS FURTHER ORDERED** that Defendants shall file their response to Plaintiff's Motion for Request for Injunctive Relief by **Monday, February 4, 2013 at 5:00 p.m.**

Dated this 31st day of January, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE