UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES TONEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:10-CV-2056-JAR |
| MICHAEL HAKALA, et al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

The Court is in receipt of Plaintiff's letter dated February 25, 2013. (Doc. No. 220) Upon consideration, the Court construes Plaintiff's letter as a request for appointment of a medical expert. "No civil litigant, even an indigent one, has a legal right to such aid." Grace v. Hakala, 2012 WL 2190902, at *3 (E.D.Mo. June 14, 2012) (quoting Smith v. Carroll, 602 F.Supp.2d 521, 526 (D.Del.2009)). See also Brown v. United States, 74 Fed.Appx. 611, 614–15 (7th Cir.2003) ("[The plaintiff] seeks to compel the government to bear the cost of and responsibility for hiring an expert witness to testify on his behalf.... [N]o civil litigant, even an indigent one, has a legal right to such aid."). If Plaintiff requires additional time to secure a medical expert, he may file a motion with the Court. In his letter Plaintiff also requests a current docket sheet.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's request for appointment of medical expert is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of the civil docket for case number 4:10-CV-2056 to Plaintiff.

Dated this 4th day of March, 2013.

　　　　　　　　　　　　　　　　　　　　/s/ John A. Ross
　　　　　　　　　　　　　　　　　　　　JOHN A. ROSS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE