UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES TONEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10-CV-2056-JAR |
| ) | |
| MICHAEL HAKALA, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion Requesting Copies of the Court's Orders and Defendants' Motions. [ECF No. 226] Plaintiff states he is not receiving copies of this Court's orders or Defendants' motions. Plaintiff requests a copy of the Court's February 21, 2013 Order (Doc. No. 218) and any other orders entered from that date forward, excluding the Court's March 4, 2013 Order (Doc. No. 221), as well as copies of any motions filed by Defendants since February 20, 2013. Finally, Plaintiff requests that Defendants' Reply to his Opposition to Defendants' Motion for Summary Judgment be stricken as untimely and that sanctions be imposed against Defendants for failing to provide him with copies of their motions filed with the Court. The Court is also in receipt of a letter from Plaintiff dated March 22, 2013 (Doc. No. 229) again requesting a copy of the Court's February 21, 2013 Order as well as the docket sheet.

Upon review of its record, the Court notes that copies of its February 21, 2013 docket text order (Doc. No. 218), March 6, 2013 Order (Doc. No. 223), and March 11, 2013 Order (Doc. No. 225), were mailed to Plaintiff on those respective dates. Regarding the motions filed by Defendants, i.e., Motion to Extend the Deadline to Reply to Plaintiff's Response in

Opposition to Defendants' Motion for Summary Judgment filed on February 20, 2013 (Doc. No. 217), and Motion to Stay the Deadline to Reply to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment and to Set an Expert Discovery Schedule filed March 6, 2013 (Doc. No. 224), Defendants respond that Plaintiff has been served with a copy of every filing to date at his address at Eastern Reception, Diagnostic and Correctional Center, that each document filed with the Court contains a Certificate of Service, and that the envelopes are all marked with the statement "LEGAL MAIL." Defendants' counsel states she cannot be responsible for what happens to mail once it is delivered to the correctional facility. (Defendants' Response to Plaintiff's Motion, Doc. No. 227, p. 2)

Upon consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion Requesting Copies of the Court's Orders and Defendants' Motions [226] is **GRANTED** in part. The Clerk of Court shall provide a copy of the docket sheet to Plaintiff as well as copies of the Court's February 21, 2013 Order (Doc. No. 218), March 6, 2013 Order (Doc. No. 223), and March 11, 2013 Order. (Doc. No. 225) The Clerk of Court shall also provide a copy of Defendants' motion to stay (Doc. No. 224) to Plaintiff.

**IT IS FURTHER ORDERED** that in all other respects, Plaintiff Motion [226] is **DENIED**.

Dated this 26th day of March, 2013.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE