UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES TONEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:10-CV-2056-JAR |
| MICHAEL HAKALA, et al., | ) ) ) |
| Defendants. | ) ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Second Motion Requesting The Court's Orders. [ECF No. 240] Plaintiff states he is not receiving copies of this Court's orders, and specifically the Court's February 21, 2013 Order (Doc. No. 218) and March 26, 2013 Order (Doc. No. 230). Plaintiff requests copies of these orders and any other orders entered since March 26, 2013. Plaintiff has also inquired about the deadline for Defendants to file their reply in support of their motion for summary judgment.

Upon review of its record, the Court notes that copies of its February 21, 2013 docket text order (Doc. No. 218) were mailed to Plaintiff on February 21, 2013, on March 26, 2013 pursuant to this Court's order (Doc. No. 230), and again on April 15, 2013, pursuant to Plaintiff's request. (Doc. No. 238) A copy of the Court's March 26, 2013 Order (Doc. No. 230) was mailed to Plaintiff on March 26, 2013, on April 15, 2013, pursuant to his request (Doc. No. 238), and resent on May 9, 2013. Plaintiff's motion will, therefore, be denied as moot. The record also reflects that Defendants' reply in support of their motion for summary judgment was filed on April 26, 2013. (Doc. No. 241)

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Second Motion Requesting The Court's Orders [240] is **DENIED** as moot.

Dated this 13th day of May, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE